395 A.2d 997

Sheedy et al. v. Warner, Appellant.

Argued September 11, 1978. Paul A. Lockrey, for appellant; Lionel B. Gumnit, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed; petition for reargument denied November 6, 1978.

395 A.2d 997

Smith et al. v. Hines et al., Appellants, et al.

Vessels et al. v. Southeastern Pennsylvania Transportation Authority, Appellant, et al.

Morton et al. v. Educational Recreational Services, Inc., et al. (et al., Appellants).

Durham et al. v. Southeastern Pennsylvania Transportation Authority et al., Appellants, et al.

Rucker v. Southeastern Pennsylvania Transportation Authority et al., Appellants, et al.

Miller v. Southeastern Pennsylvania Transportation Authority, Appellant.

Isley et al. v. Miller et al. (et al., Appellants).

Wynn et al. v. Southeastern Pennsylvania Transportation Authority, Appellant, et al.

458

Argued September 13, 1978. N. Hegge, Jr., for appellants; Morton Slifkin, for appellee, Vessels; Aron Arbitter, for appellee, Durham; Irvin Siegel, for appellee, Isley; Bernard I. Abramson, for appellee, Wynn; No appearance entered nor briefs submitted for appellees, Smith, Morton, Rucker, and Miller.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 998

Speiser v. Avis Rent a Car System, Inc. (et al., Appellant).

Speiser v. Avis Rent a Car System, Inc., Appellant, et al.

Argued September 14, 1978. T. Barnard, with him James P. Gannon, for appellants; Harris Sklar, for appellee, Speiser.

Before PRICE, HESTER and HOFFMAN, JJ.

Orders affirmed.